**[6NOT03]** [Notice of Claim]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  Case No. 6:11−bk−01414−ABB
Chapter 13

Jesse A Adams Jr
1711 Louisana Rd
South Daytona, FL 32119

Shawna S Adams
aka Shawna S Ashbaugh
1711 Louisiana Rd
South Daytona, FL 32119

_____Debtor(s)_____/

NOTICE OF CLAIM FILED BY DEBTORS

TO: HSBC Bank Nevada, NA

   Pursuant to Fed. R. Bankr. P. 3004, if a creditor fails to file a proof of claim on or before the last day for filing claims, the debtor or trustee may do so in the name of the creditor. In this case, the last day for filing claims is October 19, 2011 . For governmental units, the last day for filing claims is 180 days from February 2, 2011.

NOTICE is hereby given that the debtor filed a claim on your behalf in the above−captioned matter on November 3, 2011 , in the amount of $ 5700.00 (Claim No. 17 ).

   DATED on November 4, 2011

   FOR THE COURT
   Lee Ann Bennett, Clerk of Court
   135 West Central Boulevard Suite 950
   Orlando, FL 32801