United States Bankruptcy Court
Middle District of Florida

In re:                                                          Case No. 11-01414-ABB
Jesse A Adams                                                   Chapter 13
Shawna S Adams
        Debtors

## CERTIFICATE OF NOTICE

District/off: 113A-6          User: chapdkt        Page 1 of 1              Date Rcvd: Nov 10, 2014
                             Form ID: trc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 12, 2014.
19828172        +HSBC Bank Nevada, NA,    PO Box 15521,    Carol Stream, IL 60116-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2014                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2014 at the address(es) listed below:
            Becket & Lee LLP    on behalf of Creditor    ECAST Settlement Corporation notices@becket-lee.com
            Laurie K Weatherford    ecfdailysummary@c13orl.com,  ecfdailysummarybackup@c13orl.com
            Richard B Webber, Trustee    on behalf of Plaintiff Richard Blackstone Webber, II
             rbwebber@ecf.epiqsystems.com,  rschohl@zkslawfirm.com
            Robert H. Zipperer    on behalf of Debtor Jesse A Adams, Jr robertzipperer@bellsouth.net
            Robert H. Zipperer    on behalf of Joint Debtor Shawna S Adams robertzipperer@bellsouth.net
            Shelly L Shiflet    on behalf of Creditor    Halifax Hospital Medical Center
             shelly.shiflet@halifax.org,  gail.hendrickson@halifax.org
                                                                            TOTAL: 6

**210B (12/09)**

# United States Bankruptcy Court

### Middle District of Florida
### Case No. 6:11-bk-01414-ABB
### Chapter 13

In re: Debtor(s) (including Name and Address)

Jesse A Adams
1711 Louisana Rd
South Daytona FL 32119

Shawna S Adams
1711 Louisana Rd
South Daytona FL 32119

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/07/2014.

Name and Address of Alleged Transferor(s):

Claim No. 17: HSBC Bank Nevada, NA, PO Box 15521, Carol Stream, IL 60116

Name and Address of Transferee:

eCast Settlement Corporation
Bass & Associates, P.C.
3936 E Ft Lowell Rd., Suite 200
Tucson, AZ 85712

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   11/12/14

Lee Ann Bennett
## CLERK OF THE COURT